# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robyn Zuin  　　　　　　　　　　　　　　　CHAPTER 13

　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 23-11903 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,



/s/ Mark A. Cronin
Mark Cronin
05 Jul 2023, 17:05:13, EDT

　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: 9242dbabbd3905a65967f9f3c009cd5bd80f3c1f9aaf567e1884439de8334b1e