**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    ROBYN ZUIN | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-11903 |

**<u>AMENDED ORDER</u>**

AND NOW, this           day of               , 2023 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before July 26, 2023.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE