# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-11903-AMC

ROBYN ZUIN

59 CROOKED BILLET ROAD

HATBORO, PA 19040-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBYN ZUIN

59 CROOKED BILLET ROAD

HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

/S/ Kenneth E. West

Date: 9/27/2023

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee